FILED
CLERK, U.S. DISTRICT COURT

March 29, 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE WEATHERSPOON, an individual,<br><br>        Plaintiff,<br><br>  v.<br><br>KENVIN CONSTRUCTION CO. INC., a California corporation; and DOES 1-10,<br><br>        Defendants. | Case No.: 2:21-cv-00900-SB-MAA<br><br>*Hon. Stanley Blumenfeld, Jr.*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed:  January 13, 2021<br>Trial Date:    Not on Calendar |

Pursuant to Fed. R. Civ. P. 41, **IT IS ORDERED THAT:**

Plaintiff Wayne Weatherspoon's action against Defendant Kenvin Construction Co. Inc. is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated:  March 29, 2021

Hon. Stanley Blumenfeld, Jr.
United States District Judge